## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

MAYRA NIDSA OSORIO GALARZA

DEBTOR

\* CASE NO. 22-01454/ESL

\* CHAPTER 13

### DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

NOW COMES, **MAYRA NIDSA OSORIO GALARZA,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On May 23, 2022, the Debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The Debtor, Mayra Nidsa Osorio Galarza, respectfully requests that the present Chapter 13 bankruptcy case be voluntary dismissed. 11 U.S.C. §1307.

3. There has been no prior cases and no prior conversions.

**WHEREFORE,** the petitioner Mayra Nidsa Osorio Galarza, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case.

**IT IS HEREBY CERTIFIED,** that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Jose Ramon Carrion Morales, Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via regular US Postal Mail to: Mayra Nidsa Osorio Galarza, Urb Villa del Rey I Q40, Edimburgo Street, Caguas PR 00725, the Debtor in the present case, and to all creditors and parties in interest appearing in the attached master address list.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 30th day of January, 2023.

*/s/Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones, habiendo sido advertido por mi abogado de las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 30 de enero de 2023.

_____
**MAYRA NIDSA OSORIO GALARZA**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 22-01454-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jan 30 11:41:16 AST 2023 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| At&T<br>PO Box 192830<br>San Juan, PR 00919-2830 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | CRIM<br>PO Box 195387<br>San Juan, PR 00919-5387 |
| Island Finance<br>PO Box 71504<br>San Juan, PR 00936-8604 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 |
| Popular Auto LLC<br>PO Box 15011<br>San Juan, PR 00902-8511 | Popular Auto/Leasing<br>PO Box 366818<br>San Juan, PR 00936-6818 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MAYRA NIDSA OSORIO GALARZA<br>URB VILLA DEL REY I Q40 EDIMBURGO STREET<br>CAGUAS, PR 00725-6261 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14