# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**MAYRA NIDSA OSORIO GALARZA**<br>**aka MAYRA N OSORIO GALARZA, aka MAYRA**<br>**NILZA OSORIO GALARZA, aka MAYRA OSORIO**<br><br>xxx–xx–6635<br><br>Debtor(s) | Case No. **22–01454 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/31/23 |

### *ORDER DISMISSING CASE*

Upon the application for voluntary dismissal filed by the debtor(s) (see docket entry #19), it is now

ORDERED, that the instant case be and is hereby dismissed; and it is further

ORDERED, that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, January 31, 2023 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge